# Exhibit 3

to Declaration of Neil Anthony Golding in Support of Ex Parte Application for Discovery Order Pursuant to 28 U.S.C. § 1782

MORRISON | FOERSTER

A LIMITED LIABILITY PARTNERSHIP

THE SCALPEL
52 LIME STREET
LONDON EC3M 7AF
UNITED KINGDOM

TELEPHONE: +44 20 7920 4000
FACSIMILE: +44 20 7496 8500

WWW.MOFO.COM

MORRISON & FOERSTER (UK) LLP

BEIJING, BERLIN, BOSTON, BRUSSELS,
DENVER, HONG KONG, LONDON,
LOS ANGELES, NEW YORK, PALO ALTO,
SAN DIEGO, SAN FRANCISCO, SHANGHAI,
SINGAPORE, TOKYO, WASHINGTON, D.C.

18 October 2021

Writer's Direct Contact
+44 (207) 9204063
GAnderson@mofo.com

Our ref: 29516/506

**BY EMAIL**: neil.golding@freshfields.com

Freshfields Bruckhaus Deringer LLP
100 Bishopsgate
London
EC2P 2SR

Attn: Neil Golding

Dear Sirs,

### Letter to 'SoftBank Group' dated 7 October 2021

We write further to your letter dated 7 October 2021 addressed to Mr Tim Mackey *"in [his] capacity as Group Compliance Officer at SoftBank Group"* (the "**Letter**"). Mr Mackey has provided us with the Letter in our capacity as external legal counsel to SoftBank Group Corp. ("**SBG**"). We confirm that we act for SBG.

In paragraph 1 of the Letter you state "*[s]hould you require us to write separately to each of the relevant SoftBank Entities, please let us know.*" As noted above, we act for SBG; however, we do not act for any of the other "SoftBank Entities" listed at Schedule 1 to the Letter. We understand that Quinn Emanuel Urquhart & Sullivan LLP act for some or all of these other "SoftBank Entities". Please therefore direct any correspondence relating to those entities to Quinn Emanuel (marked to the attention of Richard East).

We are considering the remaining content of the Letter and will respond in due course.

Yours faithfully

*[signature]*

**Morrison & Foerster (UK) LLP**

Authorised and regulated by the Solicitors Regulation Authority

A list of Partners of Morrison & Foerster (UK) LLP, a Delaware Limited Liability Partnership,
(registered number 4569482 8100 080747141) is available at our offices.

EU-339417