# Exhibit 4

to Declaration of Neil Anthony Golding in Support of Ex Parte Application for Discovery Order Pursuant to 28 U.S.C. § 1782



By Email & Post

**London**
Freshfields Bruckhaus Deringer LLP
100 Bishopsgate
London EC2P 2SR
T   +44 20 7936 4000 (Switchboard)
    +44 20 7832 7416 (Direct)
F   +44 20 7108 7416
LDE No 23
E   neil.golding@freshfields.com
www.freshfields.com

Morrison & Foerster (UK) LLP
The Scalpel
52 Lime Street
London
EC3M 7AF

**Doc ID**
EUROPE-LEGAL-251579968/2
**Our Ref**
NAG/ET/LF

FAO: Gemma Anderson

3 November 2021

Dear Sir/Madam

**Claim of Credit Suisse Virtuoso SICAV-SIF (an Investment Company with Variable Capital under Luxembourg law, SICAV), acting in respect of its sub-fund, Credit Suisse (Lux) Supply Chain Finance Fund**

1. We refer to our letter dated 7 October 2021 sent to Mr Timothy Mackey, Group Compliance Officer at SoftBank Group and to your letter dated 18 October 2021 which stated that you act for SoftBank Group Corp and would respond to our letter.

2. You have now had ample time to consider our letter and as such we ask that you please come back to us with a full response by no later than Tuesday 9 November 2021.

Yours faithfully

*Freshfields Bruckhaus Deringer LLP*

Freshfields Bruckhaus Deringer LLP

Freshfields Bruckhaus Deringer LLP is a limited liability partnership registered in England and Wales with registered number OC334789. It is authorised and regulated by the Solicitors Regulation Authority (SRA no. 484861). For further regulatory information please refer to www.freshfields.com/support/legal-notice.

A list of the members (and of the non-members who are designated as 'partners') of Freshfields Bruckhaus Deringer LLP is available for inspection at its registered office, 100 Bishopsgate, London EC2P 2SR. Any reference to a 'partner' means a member, or a consultant or employee with equivalent standing and qualifications, of Freshfields Bruckhaus Deringer LLP or any associated firms or entities.