# Exhibit 7

to Declaration of Neil Anthony Golding in Support of Ex Parte Application for Discovery Order Pursuant to 28 U.S.C. § 1782

MORRISON | FOERSTER

A LIMITED LIABILITY PARTNERSHIP

THE SCALPEL
52 LIME STREET
LONDON EC3M 7AF
UNITED KINGDOM

TELEPHONE: +44 20 7920 4000
FACSIMILE: +44 20 7496 8500

WWW.MOFO.COM

MORRISON & FOERSTER (UK) LLP

BEIJING, BERLIN, BOSTON, BRUSSELS,
DENVER, HONG KONG, LONDON,
LOS ANGELES, NEW YORK, PALO ALTO,
SAN DIEGO, SAN FRANCISCO, SHANGHAI,
SINGAPORE, TOKYO, WASHINGTON, D.C.

26 November 2021

Writer's Direct Contact
+44 (207) 9204063
GAnderson@mofo.com

**BY EMAIL**: neil.golding@freshfields.com

Freshfields Bruckhaus Deringer LLP
100 Bishopsgate
London
EC2P 2SR

Attn: Neil Golding

Dear Sirs,

**Credit Suisse Virtuoso SICAV-SIF acting in respect of Credit Suisse (Lux) Supply Chain Finance Fund ("Credit Suisse") – SoftBank Group ("SBG")**

1. We refer to your letter dated 12 November 2021 ("**12 November Letter**") and our previous correspondence, including your letter dated 18 October 2021 ("**18 October Letter**") and our response dated 4 November 2021 ("**Response**"), in relation to the "potential claims" referenced by Credit Suisse against SBG ("**Potential Claims**").

2. We do not intend to respond to the additional requests for information and documentation in the 12 November Letter and SBG is under no obligation to do so. As with the 18 October Letter, the 12 November Letter is a transparent fishing expedition. Although the 12 November Letter references the Practice Direction on Pre-Action Conduct and Protocols ("**Pre-Action PD**"), neither the 18 October Letter nor the 12 November Letter were expressly sent pursuant to the Pre-Action PD or otherwise in compliance with it. We reserve the right to bring Credit Suisse's failure to comply with the requirements of the Pre-Action PD to the attention of the Court, and to refer to this letter and our previous correspondence on the question of costs, should Credit Suisse bring proceedings against SBG without further notice, as mentioned at paragraph 100 of the 18 October Letter and paragraph 16 of the 12 November Letter.

3. Without limitation to paragraph 2 above, we confirm that, as indicated at paragraph 5(a) of the Response, neither SBG nor an "affiliated entity" of SBG provided any credit support to Greensill (or its affiliates) in connection with the Katerra programme.

4. Contrary to the "assumption" in paragraph 17 of the 12 November Letter, we are not authorised to accept service on behalf of SBG. For the avoidance of doubt, as stated at

Authorised and regulated by the Solicitors Regulation Authority

A list of Partners of Morrison & Foerster (UK) LLP, a Delaware Limited Liability Partnership,
(registered number 4569482 8100 080747141) is available at our offices.

EU-343666

paragraph 6 of the Response, SBG does not consent to the jurisdiction of the English courts.

5. All of SBG's rights in respect of the Potential Claims and the other matters raised in the 18 October Letter and 12 November Letter (including as to jurisdiction and costs) remain reserved.

Yours faithfully,

**Morrison & Foerster (UK) LLP**