1  DAVID BIDERMAN (SBN 101577)
      *dbiderman@perkinscoie.com*
2  PERKINS COIE LLP
3  505 Howard Street, Suite 1000
   San Francisco, California 94105
4  Telephone: (415) 344-7000
   Facsimile:  (415) 344-7050
5
6  HERBERT S. WASHER (*pro hac vice application forthcoming*)
      *hwasher@cahill.com*
7  TAMMY L. ROY (*pro hac vice application forthcoming*)
      *troy@cahill.com*
8  NICHOLAS N. MATUSCHAK (*pro hac vice application forthcoming*)
      *nmatuschak@cahill.com*
9  CAHILL GORDON & REINDEL LLP
   32 Old Slip
10 New York, New York  10005
   Telephone: (212) 701-3000
11 Facsimile:  (212) 269-5420
12
   Attorneys for Petitioner Credit Suisse
13 Virtuoso SICAV-SIF in Respect of the Sub-
   Fund Credit Suisse (Lux) Supply Chain
14 Finance Fund

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re Ex Parte Application of Credit Suisse Virtuoso SICAV-SIF in Respect of the Sub-Fund Credit Suisse (Lux) Supply Chain Finance Fund,<br><br>                           Petitioner. | Case No.: _____<br><br>**FRCP 7.1 DISCLOSURE STATEMENT AND L.R. 3-15 CERTIFICATE OF INTERESTED ENTITIES OR PERSONS OF CREDIT SUISSE VIRTUOSO SICAV-SIF IN RESPECT OF THE SUB-FUND CREDIT SUISSE (LUX) SUPPLY CHAIN FINANCE FUND** |

PETITIONER'S FRCP 7.1 DISCLOSURE STATEMENT AND L.R. 3-15 CERTIFICATE OF INTERESTED ENTITIES OR PERSONS

Pursuant to Fed. R. Civ. P. 7.1, the undersigned certifies that the Credit Suisse (Lux) Supply Chain Finance Fund (the "SCF Subfund") is a sub-fund of Credit Suisse Virtuoso SICAV-SIF ("Virtuoso"). The SCF Subfund has no parent, and no publicly-held corporation owns 10 percent or more of the SCF Subfund.

Pursuant to L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

- Virtuoso
- Credit Suisse Asset Management (Schweiz) AG
- Credit Suisse Fund Management S.A.
- SB Investment Advisers (US) Inc.
- SoftBank Group Corp.
- SoftBank Vision Fund LP
- SoftBank Vision Fund II-LP
- SVF Abode (Cayman) Limited
- SVF II Abode (Cayman) Limited
- SVF Habitat (Cayman) Limited
- SB Investment Advisers (UK) Limited.

The undersigned reserves the right to file a supplemental statement upon any change in the information that this statement requires.

DATED: December 23, 2021        PERKINS COIE LLP

By:     /s/ David Biderman
        David Biderman

        Attorneys for Petitioner Credit Suisse Virtuoso
        SICAV-SIF in Respect of the Sub-Fund Credit
        Suisse (Lux) Supply Chain Finance Fund