1 DAVID BIDERMAN (SBN 101577)
    *dbiderman@perkinscoie.com*
2 PERKINS COIE LLP
3 505 Howard Street, Suite 1000
San Francisco, California 94105
4 Telephone: (415) 344-7000
Facsimile:  (415) 344-7050
5
6 HERBERT S. WASHER (*pro hac vice application forthcoming*)
    *hwasher@cahill.com*
7 TAMMY L. ROY (*pro hac vice application forthcoming*)
    *troy@cahill.com*
8 NICHOLAS N. MATUSCHAK (*pro hac vice application forthcoming*)
    *nmatuschak@cahill.com*
9 CAHILL GORDON & REINDEL LLP
32 Old Slip
10 New York, New York  10005
11 Telephone: (212) 701-3000
Facsimile:  (212) 269-5420
12
Attorneys for Petitioner Credit Suisse
13 Virtuoso SICAV-SIF in Respect of the Sub-
Fund Credit Suisse (Lux) Supply Chain
14 Finance Fund

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re Ex Parte Application of Credit Suisse Virtuoso SICAV-SIF in Respect of the Sub-Fund Credit Suisse (Lux) Supply Chain Finance Fund,<br><br>Petitioner. | Case No.: _____<br><br>**[PROPOSED] ORDER GRANTING EX PARTE APPLICATION OF CREDIT SUISSE VIRTUOSO SICAV-SIF IN RESPECT OF THE SUB-FUND CREDIT SUISSE (LUX) SUPPLY CHAIN FINANCE FUND FOR DISCOVERY ORDER PURSUANT TO 28 U.S.C. § 1782** |

This matter comes before the Court on the *Ex Parte* Application of Credit Suisse Virtuoso SICAV-SIF in Respect of the Sub-Fund Credit Suisse (Lux) Supply Chain Finance Fund ("Petitioner") for Discovery Order Pursuant to 28 U.S.C. § 1782 (the "Application"), which seeks

1 documents from SB Investment Advisers (US) Inc. ("SBIA US") for use in a reasonably
2 contemplated foreign proceeding in England between Petitioner and various affiliates of SBIA US.

The Court, having fully considered the facts and law set forth by Petitioner in its Application and the supporting materials submitted therewith, and good cause appearing:

**HEREBY GRANTS** Petitioner's Application.

**IT IS HEREBY ORDERED THAT PETITIONER IS GRANTED LEAVE** to serve upon SBIA US a subpoena in substantially the same form as that attached as Exhibit 1 to the Application (the "Subpoena").

**IT IS FURTHER ORDERED THAT** Petitioner will serve SBIA US with copies of the Application and the supporting materials submitted therewith, and a copy of this Order, at the same time Petitioner serves SBIA US with the Subpoena. SBIA US shall respond to the Subpoena by the return date listed thereon or 14 days after the Subpoena is served, whichever is later.

**IT IS SO ORDERED.**

DATED: _____   _____