UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE APPLICATION OF CREDIT SUISSE VIRTUOSO | Case No. 21-mc-80308-JCS<br><br>**ORDER GRANTING EX PARTE APPLICATION FOR ORDER PERMITTING DISCOVERY FOR USE IN FOREIGN PROCEEDING**<br><br>Re: Dkt. No. 1 |

The Court has considered the Ex Parte Application of Credit Suisse Virtuoso SICAV-SIF in Respect of the Sub-Fund Credit Suisse (Lux) Supply Chain Finance Fund ("Petitioner") for an order pursuant to 28 U.S.C. § 1782 permitting discovery for use in a foreign proceeding. For the reasons stated therein, the Application is GRANTED without prejudice to any argument that may be asserted in a motion to quash by SB Investment Advisers (US) Inc. ("SBIA US"). Petitioner may serve SBIA US with a subpoena seeking the discovery that is described in the subpoena attached as Exhibit 1 to the Application ("Subpoena"). Petitioner shall attach to the Subpoena a copy of this Order. SBIA US will have **thirty days (30)** from the date it receives the Subpoena to respond to the Subpoena, either by producing the requested discovery or by bringing a motion to quash or modify the Subpoena in this Court.

**IT IS SO ORDERED.**

Dated: January 4, 2022

JOSEPH C. SPERO
Chief Magistrate Judge