QUINN EMANUEL URQUHART &
SULLIVAN, LLP
  Melissa Baily (Bar No. 237649)
  melissabaily@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:     (415) 875-6600
Facsimile:     (415) 875-6700

*Attorneys for SB Investment Advisers (US) Inc.*

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| *In re* Ex Parte Application of Credit Suisse Virtuoso SICAV-SIF in Respect of the Sub-Fund Credit Suisse (Lux) Supply Chain Finance Fund, | Case No. 3:21-mc-80308-JCS |
| | **JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME** |
| Petitioner. | Hon. Joseph Spero |
| | [N.D. Cal. Civ. L.R. 6-1(a)] |

Pursuant to Fed. R. Civ. P. 6(b) and Civil Local Rule 6-1(a), Petitioner Credit Suisse Virtuoso SICAV-SIF in Respect of the Sub-Fund Credit Suisse (Lux) Supply Chain Finance Fund ("Petitioner") and Respondent SB Investment Advisers (US) Inc. ("Respondent") have agreed to the following briefing schedule for Respondent's motion to vacate and quash Petitioner's 28 U.S.C. § 1782 subpoena (Dkt. No. 6), and respectfully request the Court to adopt the following Stipulation:

WHEREAS, Petitioner filed an *ex parte* application for discovery pursuant to § 1782 on December 23, 2021 (Dkt. No. 1);

WHEREAS, the Court granted Petitioner's *ex parte* application on January 4, 2022 and permitted Petitioner to serve Respondent with the requested subpoena (Dkt. No. 6);

WHEREAS, the Court gave Respondent thirty days from the date it received the subpoena to respond to the subpoena, either by producing the requested discovery or by bringing a motion to quash or modify the subpoena (*id.*);

WHEREAS, Respondent received the subpoena on January 5, 2022;

WHEREAS, the parties agree to a seven day extension of time for Respondent to respond to the subpoena,

NOW, THEREFORE, IT IS HEREBY STIPULATED by and through counsel for the parties that Petitioner and Respondent will abide by the following briefing schedule:

1. Respondent will respond to the subpoena by filing its motion to vacate and quash and serving its objections to the subpoena on or before February 11, 2022;

2. Petitioner will file its response to Respondent's motion to vacate and quash on or before March 4, 2022; and

3. Respondent will file its reply in support of its motion to vacate and quash on or before March 18, 2022.

IT IS SO STIPULATED.

1    DATED:  January 31, 2022                QUINN EMANUEL URQUHART &
                                             SULLIVAN, LLP
2

3

4                                            By_____/s/ Melissa Baily_____
                                             MELISSA BAILY
5                                            *Attorneys for Respondent SB Investment Advisers*
                                             *(US) Inc.*
6

7    DATED:  January 31, 2022                CAHILL GORDON & REINDEL LLP

8

9                                            By_____/s/ Tammy Roy_____
                                             TAMMY ROY
10                                           *Attorneys for Petitioner Credit Suisse Virtuoso*
                                             *SICAV-SIF in Respect of the Sub-Fund Credit*
11                                           *Suisse (Lux) Supply Chain Finance Fund*

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ECF ATTESTATION**

I, Melissa Baily, am the ECF User whose ID and password are being used to file this Joint Stipulation.  In compliance with Civil Local Rule 5-1, I hereby attest that Tammy Roy, counsel for Petitioner, has concurred in this filing.

DATED:  January 31, 2022

QUINN EMANUEL URQUHART & SULLIVAN, LLP


By _____ */s/ Melissa Baily* _____
MELISSA BAILY
*Attorneys for SB Investment Advisers (US) Inc.*

1

## [PROPOSED] ORDER

2

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

3

4

5   DATED: _____, 2022   By: _____

6                                             Hon. Joseph Spero
                                             United States Magistrate Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28