DAVID BIDERMAN (SBN 101577)
  dbiderman@perkinscoie.com
ELLIOTT J. JOH (SBN 264927)
  ejoh@perkinscoie.com
PERKINS COIE LLP
505 Howard Street, Suite 1000
San Francisco, California 94105
Telephone: (415) 344-7000
Facsimile:  (415) 344-7050

HERBERT S. WASHER (*pro hac vice*)
  hwasher@cahill.com
TAMMY L. ROY (*pro hac vice*)
  troy@cahill.com
NICHOLAS N. MATUSCHAK (*pro hac vice*)
  nmatuschak@cahill.com
CAHILL GORDON & REINDEL LLP
32 Old Slip
New York, New York  10005
Telephone: (212) 701-3000
Facsimile:  (212) 269-5420

Attorneys for Petitioner Credit Suisse Virtuoso SICAV-SIF in Respect of the Sub-Fund Credit Suisse (Lux) Supply Chain Finance Fund

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re Ex Parte Application of Credit Suisse Virtuoso SICAV-SIF in Respect of the Sub-Fund Credit Suisse (Lux) Supply Chain Finance Fund,<br><br>                                    Petitioner. | Case No.: Case No. 3:21-mc-80308-JCS<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME**<br><br>Hon. Joseph Spero |

Pursuant to Fed. R. Civ. P. 6(b) and Civil Local Rules 6-1, 6-2, and 7-7, Petitioner Credit Suisse Virtuoso SICAV-SIF in Respect of the Sub-Fund Credit Suisse (Lux) Supply Chain Finance Fund ("Petitioner") and Respondent SB Investment Advisers (US) Inc. ("Respondent") hereby stipulate to extend the briefing schedule for Petitioner to respond to Respondent's February 18, 2022 Motion to Vacate and Quash ("Respondent's Motion"; Dkt. No. 17).  Petitioner and Respondent (the "Parties") respectfully request the Court adopt the following stipulation:

WHEREAS, Petitioner filed an *ex parte* application for discovery pursuant to § 1782 on December 23, 2021 (Dkt. No. 1);

WHEREAS, the Court granted Petitioner's *ex parte* application on January 4, 2022 and permitted Petitioner to serve Respondent with the requested subpoena (Dkt. No. 6);

WHEREAS, the Court gave Respondent thirty days from the date it received the subpoena to respond to the subpoena, either by producing the requested discovery or by bringing a motion to quash or modify the subpoena (*id.*);

WHEREAS, Respondent received the subpoena on January 5, 2022;

WHEREAS, the Court granted the Parties' joint stipulation to extend the deadline for Respondent to respond to the subpoena first to February 11, 2022 (Dkt. No. 13) and then to February 18, 2022 (Dkt. No. 16);

WHEREAS, Respondent filed its Motion on February 18, 2022 and set a hearing date of April 15, 2022 for that Motion;

WHEREAS, Respondent's Motion attached four declarations and a total of 48 exhibits;

WHEREAS, the current briefing schedule on Respondent's Motion sets a deadline for the filing of Petitioner's response of March 11, 2022 and a deadline for the filing of Respondent's reply of March 25, 2022 (*see* Dkt. No. 16);

NOW, THEREFORE, IT IS HEREBY STIPULATED by and through counsel for the Parties that:

1. Petitioner will file its response to Respondent's Motion on or before March 21, 2022;
2. Respondent will file its reply in support of its Motion on or before April 11, 2022; and
3. The hearing on Respondent's Motion will take place on April 22, 2022.

|   |   |   |
|---|---|---|
| 1 | IT IS SO STIPULATED. | |
| 2 | DATED: March 10, 2022 | PERKINS COIE LLP |

By     */s/* David Biderman
DAVID BIDERMAN

*Attorneys for Petitioner Credit Suisse Virtuoso SICAV-SIF in Respect of the Sub-Fund Credit Suisse (Lux) Supply Chain Finance Fund*

DATED: March 10, 2022     QUINN EMANUEL URQUHART & SULLIVAN, LLP

By     */s/* Melissa Baily
MELISSA BAILY

*Attorneys for Respondent SB Investment Advisers (US) Inc.*

**ECF ATTESTATION**

I, David Biderman, am the ECF User whose ID and password are being used to file this Joint Stipulation. In compliance with Civil Local Rule 5-1, I hereby attest that Melissa Baily, counsel for Respondent, has concurred in this filing.

DATED: March 10, 2022  PERKINS COIE LLP

By  /s/ David Biderman
DAVID BIDERMAN

*Attorneys for Petitioner Credit Suisse Virtuoso SICAV-SIF in Respect of the Sub-Fund Credit Suisse (Lux) Supply Chain Finance Fund*

[PROPOSED] **ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: _____, 2022   By: _____
Hon. Joseph Spero
United States Magistrate Judge