UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re Application of CREDIT SUISSE VIRTUOSO SICAV-SIF IN RESPECT OF THE SUB-FUND CREDIT SUISSE (LUX) SUPPLY CHAIN FINANCE FUND,<br><br>Applicant. | Case No. 21-mc-80308-JCS<br><br>**ORDER REGARDING MAGISTRATE JUDGE JURISDICTION** |

In light of the Ninth Circuit's decision in *CPC Patent Technologies PTY Ltd. v. Apple, Inc.*, __ F.4th __, No. 21-16212 (May 18, 2022), the parties are directed to file either consent or declination to magistrate judge jurisdiction under 28 U.S.C. 636(c) no later than 12:00 noon Pacific Time on May 20, 2022. The hearing set for May 20, 2022 will proceed as scheduled.

Any party is free to withhold consent to proceed before a magistrate judge without adverse substantive consequences.

**IT IS SO ORDERED.**

Dated: May 18, 2022

JOSEPH C. SPERO
Chief Magistrate Judge