QUINN EMANUEL URQUHART &
SULLIVAN, LLP

Melissa Baily (Bar No. 237649)
melissabaily@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone:    (415) 875-6600
Facsimile:    (415) 875-6700

Robert Feldman (Bar No. 69602)
bobfeldman@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone:    (650) 801-5000
Facsimile:    (650) 801-5100

Andrew Corkhill (*pro hac vice*)
andrewcorkhill@quinnemanuel.com
Level 15
111 Elizabeth Street
Sydney, NSW 2000
Australia
Telephone:    +61 9146 3500
Facsimile:    +61 9146 3600

*Attorneys for SB Investment Advisers (US), Inc.*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| *In re* Ex Parte Application of Credit Suisse Virtuoso SICAV-SIF in Respect of the Sub-Fund Credit Suisse (Lux) Supply Chain Finance Fund,<br><br>                                        Petitioner. | Case No. 3:21-mc-80308-JCS<br><br>**STIPULATED REQUEST FOR ORDER CONTINUING STATUS CONFERENCE**<br><br>Hon. Joseph Spero<br><br>[N.D. Cal. Civ. L.R. 6-1(b)] |

Pursuant to Fed. R. Civ. P. 6(b) and Civil Local Rule 6-1(b), Petitioner Credit Suisse Virtuoso SICAV-SIF in Respect of the Sub-Fund Credit Suisse (Lux) Supply Chain Finance Fund ("Petitioner") and Respondent SB Investment Advisers (US) Inc. ("Respondent") (collectively, "Parties") jointly stipulate and request an order continuing the January 20, 2023 status conference to January 27, 2023.

WHEREAS, Petitioner filed an *ex parte* application for discovery pursuant to § 1782 on December 23, 2021 (Dkt. No. 1, "Application");

WHEREAS, the Court granted Petitioner's *ex parte* application on January 4, 2022 and permitted Petitioner to serve Respondent with the requested subpoena (Dkt. No. 6, "Order Granting Application");

WHEREAS, Respondent received the subpoena on January 5, 2022;

WHEREAS, Respondent moved to vacate the Order Granting Application and quash the resulting subpoena on February 18, 2022 (Dkt. 17);

WHEREAS, the Court conditionally granted Petitioner's Application "*on the condition* that CSV may serve a subpoena on SDIA-US [sic] *only* if and after the English court grants CSV leave to file and serve its claim" on June 1, 2022 (Dkt. 34 at 21) (emphasis in original);

WHEREAS, the Parties submitted joint status reports on August 12, 2022, November 10, 2022, and January 13, 2022 (Dkts. 36, 38, 40);

WHEREAS, the Court continued the status conferences scheduled for August 19, 2022 and November 18, 2022 to January 20, 2023 (Dkts. 37, 39);

WHEREAS, Respondent's counsel is unavailable on January 20, 2023 due to a family vacation;

THE PARTIES HEREBY STIPULATE, AGREE, AND REQUEST that the Court continue the January 20, 2023 status conference to January 27, 2023.

IT IS SO STIPULATED.

| | |
|---|---|
| 1   DATED: January 20, 2023 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| 2 | |
| 3 | |
| 4 | By   */s/ Andrew Corkhill* |
| 5 | ANDREW CORKHILL<br>*Attorneys for Respondent SB Investment Advisers (US) Inc.* |
| 6 | |
| 7   DATED: January 20, 2023 | CAHILL GORDON & REINDEL LLP |
| 8 | |
| 9 | By   */s/ Tammy Roy* |
| 10 | TAMMY ROY<br>*Attorneys for Petitioner Credit Suisse Virtuoso SICAV-SIF in Respect of the Sub-Fund Credit Suisse (Lux) Supply Chain Finance Fund* |

**ECF ATTESTATION**

I, Andrew Corkhill, am the ECF User whose ID and password are being used to file this Joint Stipulation. In compliance with Civil Local Rule 5-1, I hereby attest that Tammy Roy, counsel for Petitioner, has concurred in this filing.

DATED: January 20, 2023					QUINN EMANUEL URQUHART & SULLIVAN, LLP


By	*/s/ Andrew Corkhill*
	ANDREW CORKHILL
	*Attorneys for SB Investment Advisers (US) Inc.*

[PROPOSED] **ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: _____, 2023  By: _____
Hon. Joseph Spero
United States Magistrate Judge