DAVID BIDERMAN (SBN 101577)
  *dbiderman@perkinscoie.com*
ELLIOTT J. JOH (SBN 264927)
  *ejoh@perkinscoie.com*
PERKINS COIE LLP
505 Howard Street, Suite 1000
San Francisco, California 94105
Telephone: (415) 344-7000
Facsimile:  (415) 344-7050

Attorneys for Petitioner Credit Suisse Virtuoso SICAV-SIF in Respect of the Sub-Fund Credit Suisse (Lux) Supply Chain Finance Fund

ROBERT FELDMAN (SBN 69602)
  *bobfeldman@quinnemanuel.com*
QUINN EMANUEL URQUHART & SULLIVAN, LLP
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile:  (650) 801-5100

Attorneys for Respondent SB Investment Advisers (US), Inc.

[Additional Counsel for Parties Listed on Signature Page]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re Ex Parte Application of Credit Suisse Virtuoso SICAV-SIF in Respect of the Sub-Fund Credit Suisse (Lux) Supply Chain Finance Fund,<br><br>                              Petitioner. | Case No. 3:21-mc-80308-JCS<br><br>**JOINT STATUS CONFERENCE STATEMENT**<br><br>Hon. Joseph Spero<br><br>Status Conference Date: December 15, 2023<br>Time: 2:00 PM |

Petitioner CSV[1] and Respondent SBIA-US (together with CSV, the "Parties") respectfully submit this joint status conference statement pursuant to the Court's September 18, 2023 Order (Dkt. No. 52).

As the Parties previously informed the Court, the underlying English action is proceeding and SBIA-US accepted service of the document subpoena served on it by CSV (the "Subpoena") on March 3, 2023. Pursuant to the Court's April 3, 2023 Order, on May 1, 2023 the Parties filed a proposed stipulated protective order governing SBIA-US's production of confidential documents in response to the Subpoena. The Court signed and entered the stipulated protective order the same day (Dkt. No. 48; the "Protective Order").

SBIA-US has informed CSV that it has completed its production of documents responsive to the Subpoena. On August 1, 2023, SBIA-US produced a log reflecting documents responsive to the Subpoena that SBIA-US withheld or redacted on the basis of one or more privileges (the "Privilege Log"). After a meet-and-confer session on August 28, 2023, SBIA-US produced a revised Privilege Log and supplemental production on September 29, 2023.

There are thus no currently pending discovery disputes between the Parties. However, because document disclosure in the underlying English action itself is ongoing (including discussions as to the approach to that disclosure), CSV respectfully reserves its right to raise additional issues with SBIA-US once that process has progressed further, if necessary.

---

[1] Unless otherwise noted herein, all capitalized terms have the meaning assigned to them in the Court's June 1, 2022 Order (Dkt. No. 34).

1 | DATED:  December 8, 2023

| By: /s/ David Biderman | By: /s/ Andrew Corkhill |
|---|---|
| PERKINS COIE LLP | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| DAVID BIDERMAN (SBN 101577)  dbiderman@perkinscoie.com  ELLIOTT J. JOH (SBN 264927)  ejoh@perkinscoie.com  505 Howard Street, Suite 1000  San Francisco, California 94105  Telephone: (415) 344-7000  Facsimile:  (415) 344-7050 | ROBERT FELDMAN (SBN 69602)  bobfeldman@quinnemanuel.com  555 Twin Dolphin Drive, 5th Floor  Redwood Shores, California 94065  Telephone: (650) 801-5000  Facsimile:   (650) 801-5100  ANDREW CORKHILL (*pro hac vice*)  andrewcorkhill@quinnemanuel.com  51 Madison Avenue, Floor 22  New York, New York 10010  Telephone: (212) 849-7338 |
| CAHILL GORDON & REINDEL LLP | MELISSA J. BAILY (SBN 237649)  melissabaily@quinnemanuel.com  50 California Street, 22nd Floor  San Francisco, California 94111  Telephone: (415) 875-6600  Facsimile: (415) 875-6700 |
| HERBERT S. WASHER (*pro hac vice*)  hwasher@cahill.com  TAMMY L. ROY (*pro hac vice*)  troy@cahill.com  NICHOLAS N. MATUSCHAK (*pro hac vice*)  nmatuschak@cahill.com  32 Old Slip  New York, New York  10005  Telephone: (212) 701-3000  Facsimile:  (212) 269-5420 | Attorneys for Respondent SB Investment Advisers (US), Inc. |
| Attorneys for Petitioner Credit Suisse Virtuoso SICAV-SIF in Respect of the Sub-Fund Credit Suisse (Lux) Supply Chain Finance Fund | |

**ECF ATTESTATION**

I, David Biderman, am the ECF User whose ID and password are being used to file this Joint Status Conference Statement. In compliance with Civil Local Rule 5-1, I hereby attest that Andrew Corkhill, counsel for Respondent, has concurred in this filing.

Dated: December 8, 2023

>By: /s/ David Biderman
>David Biderman
>PERKINS COIE LLP